IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00828-MEH

RONNICA S. BELL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on March 24, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED. It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Ronnica Bell, and against Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED at Denver, Colorado this  25th  day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk